UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY WAYNE BEASLEY                                                                      PLAINTIFF

V.                         NO. 4:16CV00767-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 30th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE